UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD E. ANGLEMYER,

    Petitioner,

v.

MITCH PERRY,

    Respondent.

_____/

Case No. 2:17-cv-136

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: December 19, 2019

       /s/ Paul L. Maloney
       Paul L. Maloney
       United States District Judge